OPINION # ___O-275_____ ~~WASxNEVERxxISSUEDxOR~~

WAS WITHDRAWN.

OVERRULED BY SUPREME COURT DEVISION

OPINION O-4238_____